USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/2023

**MEMO ENDORSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| WIESLAW DURANSKI | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 7:23-cv-7610 |
| | * | |
| JRABS DEVELOPMENT CORP., | * | |
| ROBERT KARWOWSKI, and | * | |
| PAULETTE CARNEIRO a/k/a P.J. CARNEIRO | * | |
| | * | |
| Defendants. | * | |

*******************************************************************************

### PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

Plaintiff served the summons and complaint on JRABS Development Corp., Robert Karwowski, and Paulette Carneiro ("Defendants") on September 18, 2023. *See* ECF Nos. 14-16. The time for Defendants to plead or otherwise defend expired on October 10, 2023.  However, Defendants have failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.  Therefore, Plaintiffs now respectfully move the Court to enter default against JRABS Development Corp., Robert Karwowski, and Paulette Carneiro for failure to plead or otherwise defend.

Plf.'s motion for entry of default judgment is DENIED without prejudice to renew in accordance with Attachment A of the Court's Individual Practices in Civil Cases and Rule 16 of the Local ECF Filing Rules.  The Clerk of Court is kindly directed to terminate the motion at ECF No. 17.

Dated: October 20, 2023
White Plains, NY

SO ORDERED:
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/ s / Mariusz Kurzyna*
Mariusz Kurzyna
Zipin, Amster & Greenberg, LLC
8757 Georgia Ave., Suite 400
Silver Spring, MD 20910
Tel: 301-587-9373
Fax: 240-839-9142
mkurzyna@zagfirm.com

*Counsel for Plaintiff*

1